IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Samsung Electronics America, Inc.,<br>85 Challenger Road<br>Ridgefield Park, NJ 07660<br><br>Samsung Telecommunications America LLC<br>1301 East Lookout Drive<br>Richardson, Texas 75082<br><br>Samsung Electronics Co., Ltd.<br>Samsung Electronics Building<br>1320-10, Seocho 2-dong<br>Seocho-gu, Seoul 137-857<br>South Korea<br><br>                    Petitioners,<br><br>    v.<br><br>Ericsson Inc.<br>6300 Legacy Drive<br>Plano, Texas 75024<br><br>Telefonaktiebolaget LM Ericsson<br>Torshamsgatan 23, Kista<br>164 83 Stockholm Sweden<br><br>                    Respondents. | MISC NO. 1:13-mc-00412<br><br>**NOTICE OF AMENDMENTS TO LETTER ROGATORY REGARDING FLEXTRONICS INTERNATIONAL LTD.** |

**SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA LLC, AND
SAMSUNG ELECTRONICS CO., LTD.'S NOTICE OF AMENDMENTS TO
<u>LETTER ROGATORY REGARDING FLEXTRONICS INTERNATIONAL LTD.</u>**

On April 25, 2013, petitioners Samsung Electronics America, Inc., Samsung Telecommunications America LLC, and Samsung Electronics Co., Ltd. (collectively "Samsung"), filed a motion seeking judicial assistance in obtaining foreign discovery regarding Flextronics International Ltd. ("Flextronics") *See* Docket Entry 1.  After petitioners submitted their motion, Administrative Law Judge David P. Shaw issued an order amending the procedural

1

schedule in the underlying investigation before the United States International Trade Commission, altering dates cited in the proposed letter rogatory.  *See* Order No. 39: Amended Procedural Schedule, attached hereto as Exhibit A.  The close of fact discovery in the matter is now set as June 7, 2013. See id.  Based on this schedule change and the additional time permitted to complete discovery, the Parties respectfully re-urge the issuance of the Letters Rogatory and submit Exhibit B (Replacing Docket Entry 1, Attachment 1, pp. 1-2).

                                            Respectfully submitted,

                                              */s/ Michael J. McKeon*

Dated: May 15 , 2013             Michael J. McKeon
                                            Joseph V. Colaianni
                                            FISH & RICHARDSON P.C.
                                            1425 K Street, N.W., 11th Floor
                                            Washington, D.C. 20005
                                            Telephone: (202) 783-5070
                                            Facsimile: (202) 783-2331

                                            *Counsel for Petitioners*
                                            *Samsung Electronics America, Inc.,*
                                            *Samsung Telecommunications America LLC, and*
                                            *Samsung Electronics Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2013, I caused a true and correct copy of the foregoing document to be sent via electronic mail to the following counsel:

Lisa Kattan, Esq.
Investigative Attorney
Office of Unfair Import Investigations
U.S. International Trade Commission
500 E Street, S.W.
Washington, D.C. 20436
lisa.kattan@usitc.gov

Mike McKool, Esq.
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
ericsson_samsung_862@mckoolsmith.com
*Counsel for Respondents Ericsson, Inc. and*
 *Telefonaktiebolaget LM Ericsson*

                                                          /s/ Michael J. McKeon