# Exhibit A

## UNITED STATES INTERNATIONAL TRADE COMMISSION
### Washington, D.C.

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN ELECTRONIC DEVICES, INCLUDING WIRELESS COMMUNICATION DEVICES, TABLET COMPUTERS, MEDIA PLAYERS, AND TELEVISIONS, AND COMPONENTS THEREOF** | **Inv. No. 337-TA-862** |

## Order No. 39: Amended Procedural Schedule

In accordance with the 16-month target date set in Order No. 38, the undersigned has

determined that this investigation shall be conducted in accordance with the following schedule.

| Event | Deadline Date |
|---|---|
| Fact discovery cutoff | June 7, 2013 |
| Deadline for initial contention interrogatory responses on issues for which a party does not bear the burden | June 7, 2013 |
| Deadline to file motions to compel | June 14, 2013 |
| File initial expert reports | June 18, 2013 |
| File rebuttal expert reports | July 2, 2013 |
| Complainants file a list of proposed representative accused products (Ground Rule 6.c) | July 2, 2013 |
| Respondents and Staff file responses to complainants' proposed representative accused products (Ground Rule 6.c) | July 9, 2013 |
| Parties file final joint stipulation regarding representative accused products (Ground Rule 6.c) | July 12, 2013 |
| Expert discovery cutoff | July 16, 2013 |
| Deadline for final supplementation of contention interrogatory responses | July 16, 2013 |
| Deadline for filing summary determination motions | July 18, 2013 |
| Exchange of exhibit lists among the parties | July 18, 2013 |

| Event | Deadline Date |
|---|---|
| Deadline for first settlement conference | July 25, 2013 |
| Submit and serve direct exhibits (including witness statements), with physical and demonstrative exhibits available (private parties) | July 25, 2013 |
| Submission of first settlement conference joint report | August 1, 2013 |
| File pre-hearing statements and briefs (private parties) | August 15, 2013 |
| Submit and serve direct exhibits (including witness statements), with physical and demonstrative exhibits available (Staff) | August 15, 2013 |
| File objections to direct exhibits (including witness statements) | August 21, 2013 |
| File requests for receipt of evidence without a sponsoring witness | August 21, 2013 |
| Submit and serve rebuttal exhibits (including witness statements), with rebuttal physical and demonstrative exhibits available - all parties | August 21, 2013 |
| Submit direct and rebuttal witness statements (Ground Rule 8.a, ¶ 4) | August 27, 2013 |
| Submit direct and rebuttal exhibits (Ground Rule 9.a) | August 27, 2013 |
| File pre-hearing statement and brief (Staff) | August 27, 2013 |
| File responses to objections to direct exhibits (including witness statements) | August 27, 2013 |
| File objections to rebuttal exhibits (including witness statements) | August 27, 2013 |
| File response to objections to rebuttal exhibits (including witness statements) | August 30, 2013 |
| Deadline for second settlement conference | September 5, 2013 |
| File high priority objection statements (Ground Rule 9.b) | September 6, 2013 |
| Last day to file responses to any *motion(s) in limine* | September 11, 2013 |
| Deadline for responses to high priority objections | September 12, 2013 |
| Submission of second settlement conference joint report | September 13, 2013 |
| Submission of declarations justifying confidentiality of exhibits | September 16, 2013 |
| Pre-hearing conference | September 17, 2013 |
| Hearing (6 days) | September 17-24, 2013 |
| File initial posthearing briefs, final exhibit lists, and joint outline per Ground Rule 12.a | October 9, 2013 |
| File reply posthearing briefs | October 18, 2013 |
| Final Initial Determination | January 8, 2014 |

| Event | Deadline Date |
|-------|---------------|
| Target Date | May 8, 2014 |

So ordered.


David P. Shaw
Administrative Law Judge

Issued: April 18, 2013

3